PETRI, Respondent, v. BIRKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Albert Petri against Clarence T. Birkett. No opinion. Judgment affirmed, with costs.

PHETTEPACE v. LANE. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) Action by Julian Phettepace against Smith Lane. No opinion. Motion granted, without costs.

PIETROFESA v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Rocco Pietrofesa against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion denied.

PLEWES, Respondent, v. PHILADELPHIA CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Stanley E. Plewes against the Philadelphia Casualty Company.

PER CURIAM. Judgment and order affirmed, with costs. Held, that while the complaint contains some allegations appropriate only in an action upon contract for services, yet it contains all the allegations necessary to constitute a cause of action for damages for breach of the contract. The cause of action may be regarded by this court as one for damages; and the other allegations disregarded as surplusage. The amount of the recovery under the evidence would be practically the same in either form of action. The distinction between the two, under the facts of this case, is technical rather than real.

McLENNAN, P. J., dissents, upon the ground that the sole cause of action alleged in the complaint is for services rendered, and the evidence wholly fails to establish it, but only tends to prove a cause of action for damages for a breach of a contract of employment, and therefore, under the authorities, the plaintiff is not entitled to recover. Howard v. Daly, 61 N. Y. 362, 19 Am. Rep. 285; Weed v. Burt, 78 N. Y. 191; Perry v. Dickerson, 85 N. Y. 345, 39 Am. Rep. 663; Dexter v. Ivins, 133 N. Y. 551, 30 N. E. 594.

PLUM, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Marietta Plum against the Metropolitan Street Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

PRINCE, Appellant, v. ALTER, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Delia L. Prince against Harris Alter. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) In the matter of the application of the Prudential Insurance Company of America for a writ of mandamus against Hon. William J. Gaynor, one of the Justices of the Supreme Court, to compel him to settle and sign a case on appeal, etc.

PER CURIAM. This application must be denied, on the ground that the case on appeal, alleged to have been presented to Mr. Justice Gaynor for signature, under rule 35 of the general rules of practice, did not set out the exhibits or the substance thereof. An appellant cannot be required to print the case on appeal as corrected and settled by the trial judge to entitle him to have it signed and ordered on file; but, if it includes any exhibits, the substance thereof must be stated in the case, or the exhibits must be set out in full, if the trial judge so direct. It is apparent from the statement of Mr. Justice Gaynor, in answer to the motion arising upon the order to show cause herein, that he is entirely willing to sign and order on file a manuscript or typewritten case prepared in accordance with his corrections, if it contain such exhibits. We have no doubt that the appellant, upon complying with this requirement, can obtain from him the desired signature and order, under rule 35 of the general rules of practice.

QUANCHI, Appellant, v. AILINGER, Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Lewis Quanchi against George G. Ailinger, as president. L. L. Kellogg, for appellant. A. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

QUINN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Peter Quinn against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

QUINN, Appellant, v. NEW YORK BREAD CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Charles J. Quinn against the New York Bread Company and others. C. O'Connor, for appellant. J. V. Bouvier, Jr., for respondents. No opinion. Judgment and order affirmed, with costs.

RAQUETTE FALLS LAND CO., Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by the Raquette Falls Land Company against the International Paper Company.

PER CURIAM. Judgment (84 N. Y. Supp. 836) affirmed, with costs.

WILLIAMS, J., not sitting.

RAY, Appellant, v. MAHONEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by George W. Ray against James Mahoney. No opinion. Motion denied, with $10 costs.